In the Matter of the Application of THEODORE HAEBLER, Respondent. LOUIS M. EBLING, Appellant.

Submitted November 28, 1950; decided January 11, 1951.

*George W. Scapolito* and *William F. Horan* for appellant.
*Rudolf M. Littauer* and *Ludwig Mandel* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.